IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TOBI ROSS, | ) | CASE NO. 8:07CV452 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER OF DISMISSAL |
| MERCHANTS CREDIT ADJUSTERS, INC., | ) ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Notice of Dismissal under Fed. R. Civ. P. 41(a)(1)(i).  (Filing No. 5).

IT IS ORDERED:

The Notice of Dismissal (Filing No. 5) is approved, and the Clerk is directed to terminate this case for statistical purposes.

DATED this 14th day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge